Robert D. Keys, pro se.

Panel A: HOLMAN, J.; CAYCE, C.J.; and GARDNER, J.

## OPINION

PER CURIAM.

The court has considered Relator's petition for writ of mandamus and is of the opinion that the relief should be denied. On December 4, 2002, Respondent signed an Order disposing of Relator's "Petition for Expunction of Records" in trial court no. 2002–50019–367, *Ex Parte Robert Daniel Keys;* a copy of the Order is attached to this opinion. Accordingly, Relator's petition for writ of mandamus is denied as moot.

**In re Bert Hughes GIBBS, Relator.**

**No. 2–03–144–CV.**

Court of Appeals of Texas, Fort Worth.

May 30, 2003.

Bert Hughes Gibbs, pro se.

Panel A: CAYCE, C.J.; HOLMAN and GARDNER, JJ.

## OPINION

PER CURIAM.

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied.

■

**LAW OFFICES OF WINDLE TURLEY, P.C., Appellant,**

v.

**Robert L. FRENCH, Individually and on Behalf of the Estate of Velma Rae French, Deceased, Robert R. French, Gwenda Dunn, Linda Gilliland, and Robin French, Appellees.**

**No. 05–02–01544–CV.**

Court of Appeals of Texas, Dallas.

June 3, 2003.

Rehearing Overruled July 8, 2003.

